# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143617

CITY OF ALBION,
    Plaintiff-Appellee,

v

                 SC: 143617
                 COA: 298069
                 Calhoun CC: 2009-002156-CZ

CLK PROPERTIES, L.L.C.,
    Defendant-Appellant,

and

 BANK ONE MICHIGAN,
    Defendant.

_____/

   On order of the Court, the application for leave to appeal the July 14, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2011           _____
                     Clerk

p1114